# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

|  |  |
|---|---|
| DANIELLE *and* JESSIE KAY; JOHN *and* NANCY MORATIS; KAITLYN SLAVIC; *and* MARIA IANNOME, | |
| *Plaintiffs-Appellants,* | Case No. 25-2766 |
| *v.* | |
| WEST PENN MULTI-LIST, INC; EVEREST CONSULTING GROUP LP (*d/b/a* Berkshire Hathaway HomeServices The Preferred Realty); HOWARD HANNA COMPANY (*d/b/a* Howard Hanna); REEDSTONE, INC. (*f/k/a* Pirain Enterprises, Inc.) (*d/b/a* NextHome PPM Realty); MHDM LLC (*d/b/a* Realty ONE Group Gold Standard); SF, LLC (*d/b/a* Realty ONE Group Platinum); REALTY ONE GROUP HORIZON, LLC; RIVER POINT REALTY, LLC; BOVARD-ANDERSON CO.; *and* PRIORITY REALTY, LLC, | |
| *Defendants-Appellees.* | |

## SECOND JOINT STATUS REPORT

Plaintiffs-Appellants Danielle and Jessie Kay, John and Nancy Moratis, Kaitlyn Slavic and Maria Iannome (collectively "Plaintiffs") and Defendants-Appellees Howard Hanna Company, West Penn Multi-List Inc., and Everest Consulting Group, LP (collectively "Defendants" and together with Plaintiffs, the "Parties") hereby submit this Status Report pursuant to the Court's Order of December 16, 2025 (ECF # 28).

On December 4, 2025, the Parties filed a Stipulation to Stay Appeal Pending Disposition of Objections to Nationwide Settlement (ECF # 25), requesting a stay pending the Eighth Circuit's disposition of appeals from final approval of class action settlements in *Burnett v. The National Association of Realtors*, No. 9-CV-00332-SRB (W.D. Mo.), which overruled objections by Plaintiffs to those settlements. On

December 16, 2025, this Court entered a stay "pending final appellate resolution of appellants' objections to settlements in *Burnett v. The National Association of Realtors*" (ECF # 27) and an order requiring periodic status reports (ECF # 28).

The Eighth Circuit held oral argument in *Burnett*, and related appeals, on January 14, 2026. *See* cases consolidated at 24-2143; 24-3444; and 24-3473 (8th Cir.).

Meanwhile, on December 30, 2025, Plaintiffs filed substantially similar objections to final approval of a settlement by Defendant-Appellee Howard Hanna in the Western District of Missouri. *Gibson v. National Ass'n of Realtors*, Case No. 4:23-cv-788 ECF ## 845, 847, 848. The court overruled those objections and entered an order granting final settlement approval and entering partial final judgment on February 5, 2026. *Id.* at ECF ## 865, 866, 867. Plaintiffs filed an appeal with the Eighth Circuit Court of Appeals on March 5, 2026.

Dated: April 21, 2026

Respectfully submitted,

*/s/ D. McArdle Booker*
Bruce C. Fox (PA 42576)
Andrew J. Horowitz (PA 311949)
D. McArdle Booker (PA 320890)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 556-1500 (Phone)
(412) 281-1530 (Fax)


Joshua D. Snyder (PA 88657)*
Benjamin J. Eichel (PA 307078)*
SALTZ MONGELUZZI BENDESKY
1650 Market Street
Philadelphia, PA 19103
(215) 525-8234
jsnyder@smbb.com
beichel@smbb.com

*Counsel for Plaintiffs-Appellants*

*/s/ Wendelynne J. Newton*
Wendelynne J. Newton
(Pa. ID No 35163)
wendelynne.newton@bipc.com
Gretchen L. Jankowski
(Pa. ID No. 74540)
gretchen.jankowski@bipc.com
BUCHANAN INGERSOLL &
ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-443
(412) 562 8800

*Counsel for Defendant-Appellee West Penn Multi-List, Inc.*

*/s/ Kathy K. Condo*
Kathy K. Condo
PA ID No. 34910
kcondo@babstcalland.com
Francesca Iovino
PA ID No. 324229
fiovino@babstcalland.com
BABST, CALLAND, CLEMENTS and
ZOMNIR, P.C.
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
(412) 394-5400 – Phone

*Counsel for Defendant-Appellee*
*Everest Consulting Group*


*/s/David Z. Gringer*
David Z. Gringer
Emily Barnet
Wilmer Cutler Pickering
  Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman
Wilmer Cutler Pickering
  Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com

John R. Brumberg
William Pietragallo II
Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com

*Counsel for Defendant-Appellee*
*Howard Hanna Company*